FILED
CLERK OF THE CIRCUIT COURT
6/25/2021 1:21 PM
Tiffany Schicker
MARION COUNTY
SALEM ILLINOIS

# IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
# MARION COUNTY, ILLINOIS

| | | |
|---|---|---|
| KIMBERLY L. HODGE, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | 2021L21 |
| WALMART, INC., | ) ) | |
| *Defendant.* | ) ) | |

## **COMPLAINT**

Now comes Plaintiff Kimberly L. Hodge, by her attorneys, Olson & Reeves, LLC, and for her Complaint in this matter, alleges as follows:

1. Plaintiff Kimberly L. Hodge is a natural person residing in Odin, Marion County, Illinois.

2. Defendant Walmart, Inc. is a corporation authorized to do business in the State of Illinois.

3. Venue lies with this Court in that the transactions complained of herein occurred in Marion County, Illinois.

4. On and before June 30, 2019, Defendant was conducting business in Salem, Marion County, Illinois.

5. On June 30, 2019, and at all times relevant hereto, Defendant owned and operated a business at 1870 W Main St., Salem, Marion County, Illinois, referred to as Store No. 198 ("Walmart").

6. On June 30, 2019, Plaintiff was a lawful invitee shopping at Walmart.

7. On said date, Plaintiff was shopping in the garden center at Walmart where she was walking down an aisle browsing outdoor decorations and other items.

8. While browsing down said aisle, Plaintiff reached out to grab a pillow located on one of the shelves.

9. While doing so, Plaintiff tripped on a metal frame located on the ground in front of the shelf, causing her to fall backwards.

10. The metal frame located on the ground had wheels underneath, causing it to be susceptible to rolling and sliding across the hard concrete floor.

11. Plaintiff landed on top of the metal frame and hit her head on the concrete floor, causing injury to her head, neck, and back.

12. Defendant, by its agents and employees, had a duty to exercise due care and caution for Plaintiff's safety while in Walmart, and, in particular, to keep the aisle of the store free from obstructions that would be likely to cause her to trip and fall.

13. Defendant knew, or, in the exercise of reasonable care should have known, of the condition, or Defendant created the condition either through the acts of its employees, in its negligent maintenance of equipment, or in its negligent method of operation, and Defendant should have corrected the condition or warned Plaintiff of its existence.

- 3 -

14. On June 30, 2019, Defendants were then and there guilty of one or more of the following negligent acts or omissions.

    a. Failed to adequately maintain or clear the aisles of the store for potential obstructions located on the ground that may cause injury to its customers.

    b. Failed to display any warnings signs or other notices that might inform customers of obstructions or other items that may be located on the ground in front of its aisles.

    c. Was otherwise negligent.

15. As a direct and proximate result of the aforesaid acts or omissions of Defendant, Plaintiff sustained injuries to her body, including her head, back, and neck.

16. As a direct and proximate result of the aforesaid acts or omissions of Defendant, Plaintiff has suffered pain and will suffer pain in the future, and she was and will be forced to pay and become liable for various sums of hospital and medical expenses for treatment of her injuries and may be required to seek future medical care, thereby incurring future expense.

17. As a direct and proximate result of the aforesaid acts or omissions of Defendant, Plaintiff has suffered a loss of enjoyment of a normal life and was damaged thereby.

WHEREFORE, Plaintiff Kimberly L. Hodge prays for judgment in her favor against Defendant for a sum in excess of $50,000, plus costs of suit.

## JURY DEMAND

Plaintiff hereby demands a jury trial as to all issues so triable.

        Respectfully Submitted,

        OLSON & REEVES, LLC

        By: *[signature]* John Beckham
               John D. Beckham

John D. Beckham, ARDC 6323622
OLSON & REEVES, LLC
*Attorneys for Plaintiff*
1015 Broadway St.
P.O. Box 1415
Mount Vernon, IL 62864
jdb@mtvernonlaw.com

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

| | |
|---|---|
| KIMBERLY L. HODGE, | ) |
| *Plaintiff,* | ) |
| | ) 2021L21 |
| v. | ) |
| WALMART, INC., | ) |
| *Defendant.* | ) |

### **RULE 222 AFFIDAVIT**

NOW COMES your affiant, JOHN D. BECKHAM, and under oath, says:

1. That affiant is testifying to matters of affiant's own personal knowledge and is competent to testify to the same if called upon to do so.

2. That affiant is the duly authorized agent of KIMBERLY L. HODGE for purposes of making this affidavit.

3. That the damages sought do exceed $50,000.00.

OLSON & REEVES, LLC

By: \_\_\_\_\_*/s/ John Beckham*\_\_\_\_\_
     John D. Beckham

John D. Beckham, ARDC 6323622
OLSON & REEVES, LLC
*Attorneys for Plaintiff*
1015 Broadway St.
P.O. Box 1415
Mount Vernon, IL 62864
jdb@mtvernonlaw.com

- 5 -

FILED
CLERK OF THE CIRCUIT COURT
6/25/2021 1:21 PM
Tiffany Schicker
MARION COUNTY
SALEM ILLINOIS

## IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
## MARION COUNTY, ILLINOIS

| | |
|---|---|
| KIMBERLY L. HODGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WALMART, INC., | ) ) |
| Defendant. | ) ) |

2021L21

### JURY DEMAND

Now comes the Plaintiff Kimberly L. Hodge, by and through her undersigned attorneys, and hereby demands trial by jury of twelve (12).

Respectfully Submitted,

OLSON & REEVES, LLC

By: ___*John Beckham*___
John D. Beckham

John D. Beckham, ARDC 6323622
OLSON & REEVES, LLC
*Attorneys for Plaintiff*
1015 Broadway St.
P.O. Box 1415
Mt. Vernon, IL 62864
618-316-7322
jdb@mtvernonlaw.com

- 1 -